

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00561-CV

Patrick **MINOR**,
Appellant

v.

Patrick **STONE** and Coker Tire Co.,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV03485
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs of appeal are assessed against appellant.

SIGNED November 21, 2018.

_____
Karen Angelini, Justice